463 A.2d 47

Commonwealth v. Colbert, Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted September 15, 1982. Stephen P. Patrizio, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and HOFFMAN, JJ.

The order of June 2, 1981 is affirmed.